UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DOCUTAP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EXPRESS MEDICAL CARE, LLC, <br><br> Defendant. | 4:14-CV-4046-KES <br><br><br> JUDGMENT OF DISMISSAL |

Pursuant to the parties' stipulation for dismissal, it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed, without prejudice, as to the claims asserted by DocuTAP, Inc., against Express Medical Care, LLC, and to the counterclaims asserted by Express Medical Care, LLC, against DocuTAP, Inc.

Dated December 14, 2015.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE